**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Fardin AZAR<br><br>            Plaintiff,<br><br>            v.<br><br>RAYTHEON TECHNOLOGIES,<br><br>            Defendant. | Civil Action No. 1:25-CV-11618-DJC |

**JOINT STATUS REPORT**

Pursuant to this Court's May 19, 2026 Order (ECF No. 30), Plaintiff Fardin Azar and Defendant Raytheon Company[1] report that they are available for mediation on the following dates: September 28, 29 and 30, 2026. Plaintiff is also assisted by the Boston College Federal Court Clinic; however, because the Clinic is closed for the summer, Plaintiff is unable to ascertain the Clinic's availability.

Dated: May 21, 2026                          Respectfully submitted,

PLAINTIFF                                DEFENDANT
FARDIN AZAR                              RAYTHEON COMPANY


*/s/ Fardin Azar*                            */s/ Nicole C. Chomiak*
Fardin Azar, *Pro Se*                        Anthony S. Califano (BBO #661136 )
44 School St., Apt. C21                      Nicole C. Chomiak (BBO #638787)
Weston, MA 02493                             acalifano@seyfarth.com
(617)-858-4776                               nchomiak@seyfarth.com
fardinazar@gmail.com                         SEYFARTH SHAW LLP
                                             Two Seaport Lane, Suite 1200
*/s/ Ryan P. Avery*                          Boston, MA 02210-2028
Ryan P. Avery                                (T) (617) 946-4800
Seder & Chandler, LLP                        (F) (617) 946-4801
1500 West Park Drive, Suite 220
Westborough, MA 01581
ravery@sederlaw.com

---

[1] Plaintiff was employed by Raytheon Company, a wholly owned subsidiary of Raytheon Technologies Corporation. In June 2023, Raytheon Technologies Corporation became RTX Corporation.

326056906v.1

2

## **CERTIFICATE OF SERVICE**

       I hereby certify that on May 21, 2026, a true copy of the foregoing document, filed through the Court's ECF system, will be served electronically through the ECF system on the registered participants as identified on the Notice of Electronic Filing.

*/s/ Nicole C. Chomiak*
Nicole C. Chomiak

2

326056906v.1