**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

FARDIN AZAR,

       Plaintiff,

  v.

RAYTHEON TECHNOLOGIES, ET AL.

       Defendant.

Civil Action No.: 1:25-cv-11618-DJC

## ASSENTED-TO MOTION FOR CONTINUANCE OF ADR CONFERENCE

Defendant Raytheon Company, with the assent of Plaintiff Fardin Azar and Plaintiff's *Pro Bono* Counsel for Mediation Ryan Avery, respectfully moves this Court to continue the Alternate Dispute Resolution Hearing scheduled for September 28, 2026 due to Defendant/client's immovable scheduling conflict.  The parties conferred and are available on the following dates: October 15, 27, 28, and 29, 2026.

DATED:  June 10, 2026

Respectfully submitted,

DEFENDANT
RAYTHEON COMPANY

By its Attorneys,

By: */s/ Nicole C. Chomiak*
Anthony S. Califano (BBO #661136 )
Nicole C. Chomiak (BBO #638787)
acalifano@seyfarth.com
nchomiak@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
(T) (617) 946-4800
(F) (617) 946-4801

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2026 a true and correct copy of the foregoing was filed with the Clerk using the CM/ECF filing system and served upon Plaintiff via email:

Fardin Azar
44 School Street, Apt. C21
Weston, MA 02493
fardinazar@gmail.com

Ryan Avery, Esq.
Seder & Chandler, LLP
1500 West Park Drive, Suite 220
Westborough, MA 01581
ravery@sederlaw.com

*/s/ Nicole C. Chomiak*
Nicole C. Chomiak

326496575v.1